**13 CV 8117**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Tashon Spurgeon_
_# 990-13-00006_

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_Warden Stephen Wettenstein_
_C.O. Mason_
_Deputy Patterson_
_Deputy Arby_
_Deputy Williams_
_Captain Morales_
_Captain Pittman_
_Captain Hurley_
_Captain Reid_
_Captain Moore / Captain Adams_

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part 1. Addresses should not be included here.)_

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name _Tashon Spurgeon_
ID # _990-13-00006_
Current Institution _O.B.C.C._
Address _1600 Hazen Street_
_East Elmhurst, N.Y. 11370_

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _Warden Stephen Wettenstein_ Shield # ___
Where Currently Employed _Otis Bantum Correctional Center_
Address _1600 Hazen Street_
_East Elmhurst, N.Y. 11370_

Rev. 05/2010                             1

Defendant No. 2   Name C.O. MASON   Shield #_____
Where Currently Employed Otis Bantum Correctional Center
Address 1600 Hazen Street
East Elmhurst N.Y. 11370

Defendant No. 3   Name Deputy Patterson   Shield #_____
Where Currently Employed Otis Bantum Correctional Center
Address 1600 Hazen Street
East Elmhurst, N.Y. 11370

Defendant No. 4   Name Deputy Arby   Shield #_____
Where Currently Employed Otis Bantum Correctional Center
Address 1600 Hazen Street
East Elmhurst N.Y. 11370

Defendant No. 5   Name Deputy Williams   Shield #_____
Where Currently Employed Otis Bantum Correctional Center
Address 1600 Hazen Street
East Elmhurst N.Y. 11370
Also with The same Address and Currently Employed
#6 Captain Morales #7 Captain Pittman #8 Captain Hurley shield #37
#9 Captain Reid #10 Captain Moore #11 Captain Adams

II.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
Otis Bantum Correctional Center
1600 Hazen Street East Elmhurst, N.Y. 11370

B.   Where in the institution did the events giving rise to your claim(s) occur?
O.B.C.C./C.P.S.U. Intake & O.B.C.C. Main Intake & 3 South C.P.S.U.
10 Cell in C.P.S.U. Intake, 11 Cell in 3 South, 17 pen
in the main intake of O.B.C.C.

C.   What date and approximate time did the events giving rise to your claim(s) occur?
October 16th 2013 Through October 21st 2013
on the 16th of Oct, 2013 I was in 10 Cell in C.P.S.U. Intake From
9pm to 10pm Oct 17th The next Day, on The 17th of Oct 2013
I was in C.P.S.U. 3 South Housing Area 11 Cell up until The 18th of Oct 2013
2pm Then placed in O.B.C.C. main intake #7 pen up until
The 21st of Oct 2013 2:30 pm

Rev. 05/2010                                2

D. Facts: Captain Adams was the Area Captain, Captain Moore was the security captain of such area and Deputy Patterson was the person that instructed these Captains to Allow such matters to take place in the C.P.S.U. intake 10 cell, where I was left handcuff in a cell that had feces all on the walls & sink & toilet area for 4 hours took cuffs off & left me in the same cell for 24 hours, no water, no food, no visits, no phones, deny me my mental health medication, I was then place in another cell #11 3 South CPSU same conditions of cell area and denied same things as well no food, no medication, no water, no phone, no visit, 3 South Area Deputy on the 17th at 11 pm was Deputy Williams the Captain on the 18th of Oct, was Captain Morales the Deputy was Dep. Patterson, who was also person who told such Captain to violate my right, I was then placed in O.B.C.C. main intake #17 pen, where Captain Pittman was Area Captain on the 18th at 11:30 pm 2013 Deputy Arby was Deputy of Area, on the 19th, 20th & 21st of Oct, A.M. was Captain Hurley shield # 37, and on the PM tour was Captain Reid C.O. Mason was a post in take officer, officers mention between the 18th-21 Denied me, phone, no medication, food left me on a bench for 4 days with that a bed or hot water Captain Hurley threw person property & pictures of family in the trash can, Captain Reid & C.O. Denied me food & water

III. Injuries: I was placed in a housing area where I called my [illegible] to inform Family 311 & Board of Corr.

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

wasn't allowed my mental health medication sickness, & illness verbal abuse mental anguish mental duress, emotional torture, vommitting denied medical treatment

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
Yes ✓ No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _Rikers Island Otis Bantum Correctional Center_
_1600 Hazen Street, East Elmhurst ny 11370_

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ✓   No ___   Do Not Know ___

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ✓   No ___

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _O.B.C.C. – law library_

   1. Which claim(s) in this complaint did you grieve? _All stated above_

   2. What was the result, if any? _nothing resulted_

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _Did not respond to grievance at no time, which I put two on the grievance Box Here at O.B.C.C_

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _N/A_

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

No Response At All

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. As for the illness, verbal abuse, mental duress, mental anguish and emotional torture I sustained, I was allowed to see medical, or see or speak to a mental health doctor, or sign up for sick call for my medication, and issues. These Deputies and Captains & officer denied me such assistance, would not help me when ask to do so. I filed three grievances and call family that notify 311, and Board of Correction of such corruption

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I am seeking $1,250,000 total for mental duress, mental anguish, verbal abuse, emotional torture, & mental & physical illness and denial of medical assistance

VI. Previous lawsuits:

> On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓ No ___

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:     I.D. #

Plaintiff _Tashon Spurgeon 990-13-00006_

Defendants _Warden Luis Rivera / Captain Johnson / Deputy Hill / Deputy Margarita Captain Blake / C.O. Ellis / C.O. Lindow / C.O. Rothwell_

2. Court (if federal court, name the district; if state court, name the county) _United States District Court, Southern District of New York_

3. Docket or Index number _Dated September 18, 2013 (DDC, NO.10)_

4. Name of Judge assigned to your case _Richard J. Sullivan_

5. Approximate date of filing lawsuit _September 18th 2013_

6. Is the case still pending? Yes ✓ No ___
   If NO, give the approximate date of disposition _Still Pending_

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _Case still pending._

<div style="border:1px solid">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ___ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ___ No ___
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

Rev. 05/2010                                   6

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of October, 2013

Signature of Plaintiff: Tasha Spruger

Inmate Number: 990-13-06006

Institution Address: O.B.C.C.
1600 Hazen Street
East Elmhurst, N.Y. 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 28 day of October, 2013 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Tasha Spruger